UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN VANKAMPEN,

    Plaintiff,

v.

    Case No. 1:18-cv-477

    HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). The parties filed a Stipulation for Allowance of Fees Under the Equal Access to Justice Act (ECF No. 20). In addition, Plaintiff filed an Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 8, 2020, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (ECF No. 21) is GRANTED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff attorney fees in the amount of five thousand, one hundred ninety-seven dollars and fifty cents ($5,197.50) in full satisfaction of any and all of Plaintiff's claims for EAJA fees.

2

**IT IS FURTHER ORDERED** that the Stipulation for Allowance of Fees Under the Equal Access to Justice Act (ECF No. 20) is DISMISSED as moot.


Dated:  September 23, 2020                                     /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge