UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRISHA MARIE HENTZELMAN,
as Guardian and Conservator on
behalf of Marvin VanKampen,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:18-cv-477

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g).  Plaintiff filed an Unopposed Motion for Attorney Fees (ECF No. 24).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 23, 2020, recommending that this Court grant the motion and that counsel be ordered to refund to Plaintiff $5,197.50 for previously awarded Equal Access to Justice Act (EAJA) fees.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 31) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Attorney Fees (ECF No. 24) is GRANTED and counsel shall refund to Plaintiff $5,197.50 in previously awarded EAJA fees for the reasons stated in the Report and Recommendation.

Dated:  December 8, 2020

      /s/ Janet T. Neff
      JANET T. NEFF
      United States District Judge